AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TICKETMASTER CORPORATION,<br>       Plaintiff,<br><br>v.<br><br>DANIEL DEVANE,<br>       Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:07-CV-196-F** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant Daniel DeVane pay Ticketmaster attorney's fees in the amount of $16,909.50 and costs in the amount of $22.75.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 6, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| W. Thad Adams, III<br>201 S. College St., Suite 2350<br>Charlotte Plaza<br>Charlotte, NC 28244 | Daniel DeVane<br>442 Putnam Drive<br>Wilmington, NC 28411 |

| | |
|---|---|
| June 6, 2008<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |